AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AUGUSTO MANUEL-ANDRES, | ) | Case No.  12-8256-JMH |
| a/k/a "Francisco Martin Andres," | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 15, 2011____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1542 | False Statement in Application and Use of Passport |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Grant, Special Agent, DSS
Printed name and title

I find probable cause. JMH

Sworn to before me and signed in my presence.

Date: 6/28/12

_____
James M. Hopkins
Judge's signature

City and state: ____West Palm Beach, Florida____      U.S. Magistrate Judge James M. Hopkins
Printed name and title

## COMPLAINT AFFIDAVIT – Case No. 12-8256-JMH

I, Kevin Grant, being duly sworn, depose and state that:

### INTRODUCTION AND BACKGROUND

1. I am a Special Agent employed by the U.S. Department of State, Diplomatic Security Service (DSS), and have been so employed since March 2011. Prior to March 2011, I was employed as an engineer for various government contractor companies and have served in the military reserves since 1999.

2. I am responsible for enforcing federal criminal statutes relating to the fraud and misuse of U.S. passports, U.S. visas, and other travel documents used to transit international borders, including False Statement in Application and Use of Passport, in violation of Title 18, United States Code, Section 1542.

3. This affidavit is made in support of an application for a criminal complaint charging Augusto MANUEL-ANDRES, a/k/a Francisco Martin Andres (hereinafter "MANUEL" or "the defendant"), with False Statement in Application and Use of a Passport. As such, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize an arrest warrant for Augusto MANUEL-ANDRES.

4. I am familiar with all the facts and circumstances surrounding this investigation as set forth herein, from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein.

### THE INVESTIGATION

5. On January 15, 2011, the defendant executed an Application for United States Passport (Form DS-11), application number 322509218, at a passport acceptance facility in West Palm Beach, FL. As proof of identification, the defendant provided a Florida Identification card in the name of Francisco Martin Andres, bearing number A536-253-86-215-0, and a Florida Birth Certificate bearing the name Francisco Martin Andres, with a date of birth of XX/XX/1986, and a place of birth as Martin County. This application will be referred to hereinafter as "the January 2011 Application." The defendant listed a social security number of \*\*\*-\*\*-5852 in the January 2011 Application. A passport was issued to the defendant in the name of Francisco Martin Andres on January 31, 2011.

6. On June 29, 2011 a different individual purporting to be Francisco Martin Andres (hereinafter "Martin" or "the victim"), executed another Application for United States Passport (Form DS-11), application number 414380562, at a

1

Martin County Clerk's Office. As proof of identification, Martin provided a Florida Birth Certificate, with a date of birth of XX/XX/1986 (the same date of birth provided in the January 2011 Application) and a place of birth as Martin County. The victim provided the social security number of \*\*\*-\*\*-5852, which was also the same number used in the January 2011 Application. The victim further provided an Affidavit of Identifying Witness (Form DS-71) as a second proof of identification, which was completed by a friend of Martin's, who had known him for 25 years. As identification, the friend provided a valid Florida Drivers License number. This application will be referred to hereinafter as "the June 2011 Application."

7. U.S. Department of State records revealed that a U.S. Passport matching the name, social security number and biographical information provided on the June 2011 Application had previously been issued to an individual on the January 2011 Application. Photographs from both applications revealed that different men applied for each application.

8. On June 11, 2012, DSS Agents and Border Patrol Agent Cesar Barrientos encountered Martin at his place of employment in Palm City, Florida. Agents interviewed the victim, who stated that he was born in Martin County Florida in 1986, that he was taken to Guatemala when he was two years old, and that he re-entered the U.S. without inspection in 2004. Martin further stated that his identity had been stolen approximately 5 years ago and that he had been working to resolve the issue. SA Grant showed the victim the Florida identification card picture of MANUEL, who the victim then identified as his former roommate who had stolen his identity when they lived together in Lake Worth, Florida.

9. Agents took Martin to the Border Patrol Station in Riviera Beach, Florida to finger print him to verify if there was any previous criminal or immigration history on records. Fingerprints revealed that Martin did not have a criminal or immigration history.

10. Because the Florida identification card the defendant used in the January 2011 Application bore an address in Indiantown, Florida, agents requested assistance from the Martin County Sheriff's Department (MCSD) sub-station in Indiantown, Florida, to help identify the defendant. Sheriffs searched their records for any criminal history using the victim's name of Francisco Martin Andres, along with the date of birth, and social security number provided in the January 2011 Application. MCSD records indicated that such a person was arrested in May 2012 for battery. The booking photo matched the photos from the January 2011 Application and the Florida identification card. However, the booking sheet listed the place of birth as Guatemala. The next court date for the case was on June 14, 2012.

11. On June 14, 2012, agents found the defendant at the state court house in Martin County, after he attended a hearing in his state battery case. The defendant had both the Florida identification card he had used for the January 2011 Application, and the subsequent passport that was issued. The defendant initially stated that he was born in Guatemala, but then claimed that he was born in Florida. The defendant subsequently admitted that his real name is Augusto MANUEL-ANDRES, that he was born in Guatemala, and that he had entered the United States illegally. The defendant further admitted that he had used the birth certificate of Francisco Martin Andres to steal his identity. The defendant was placed into deportation proceedings and sent to Krome Detention Center.

12. On June 28, 2012, at his immigration hearing, the defendant admitted under oath that his real name is Augusto MANUEL-ANDRES, and that he was born in Guatemala.

13. Based on the information contained in this affidavit, I submit that there is probable cause to believe that Augusto MANUEL-ANDRES, a/k/a Francisco Martin Andres, did knowingly and willfully make a false statement in an application for a United States passport, with the intent to induce and secure its issuance under authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Kevin Grant
Special Agent
Diplomatic Security Service


Subscribed and sworn to before me this 28th day of June, 2012, at West Palm Beach, Florida.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-8256-JMH

UNITED STATES OF AMERICA

vs.

AUGUSTO MANUEL-ANDRES,
a/k/a "Francisco Martin Andres,"
Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes  X  No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *Susan R. Osborne* (signature)

Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida  33410
TEL (561) 209-1003